IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Steven Porrier,                          )    No. CV 22-22-TUC-JAS (BGM)
                                         )
            Plaintiff,                   )    **ORDER**
                                         )
vs.                                      )
                                         )
                                         )
Commissioner of Social Security,         )
                                         )
            Defendant.                   )
                                         )
_____  )

   Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Macdonald.  A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

   The Court has reviewed the record and concludes that Magistrate Judge Macdonald's recommendations are not clearly erroneous.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

   Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Macdonald's Report and Recommendation (Doc. 26) is accepted and adopted.

(2) The decision of the ALJ is reversed and this case is remanded for the immediate calculation and award of benefits.

1    (3) The Clerk of the Court shall enter judgment and close the file in this case.

2

3         Dated this 22nd day of March, 2023.

4

5

6

7

8

9         Honorable James A. Soto
          United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28